UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIA LAMBURT AKA JULIA
APTAKER, by her next friend, Lisa Aptaker
MD,

                        Petitioner,                                    26-CV-2045 (LTS)

            -against-                                                  TRANSFER ORDER

JUDAH SAMET, et al.,

                        Respondents.

LAURA TAYLOR SWAIN, Chief United States District Judge:

Petitioner, currently detained at Bezalel Rehabilitation & Nursing Home in Far Rockaway, Queen County, New York, brings this *pro se* petition for a writ of *habeas corpus* under 28 U.S.C. § 2241, through her daughter and next friend Lisa Aptaker, seeking to challenge her detention. For the following reasons, this petition is transferred to the United States District Court for the Eastern District of New York.

In order to entertain a *habeas corpus* petition under Section 2241, a court must have jurisdiction over the petitioner's custodian. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 494-95 (1973) (writ of *habeas corpus* does not act upon the petitioner who seek relief, but upon his or her custodian). Thus, the jurisdiction of a *habeas* petition challenging a petitioner's physical confinement generally lies in the district of his confinement. *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004). Petitioner is currently detained in Far Rockaway, Queens County, which is located in the Eastern District of New York. 28 U.S.C. § 112(c). Therefore, in the interest of justice, this Court transfers this petition to the United States District Court for the Eastern District of New York. *See* 28 U.S.C. § 1406(a).

## CONCLUSION

The Clerk of Court is directed to transfer this action to the United States District Court for the Eastern District of New York. Whether Petitioner should be permitted to proceed through her next friend and without payment of fees, and resolution of all pending motions are determinations to be made by the transferee court. This order closes the case in the Southern District of New York, and the Clerk of Court is directed to terminate the pending motions in this district.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    March 12, 2026
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge

2